UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| BONNIE ANN BUSSIERE-BERMEO, | ) | Case No.: 3:22-CV-00274-RCJ-CLB |
| Plaintiff, | ) ) ) | ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 5) |
| v. | ) | |
| APRIL WALL, | ) | |
| Defendant. | ) | |

Before the Court is the Report and Recommendation of United States Magistrate Judge Carla L. Baldwin, (ECF No. 5[1]) entered on August 29, 2022, recommending that the Court dismiss this case without prejudice.

This action was referred to Magistrate Judge Baldwin under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

---

[1] Refers to Court's docket number.

**IT IS HEREBY ORDERED** that Magistrate Judge Baldwin's Report and Recommendation (ECF No. 5) is **ADOPTED and ACCEPTED**.

**IT IS FURTHER ORDERED** that this case is DISMISSED without prejudice for Plaintiff Bonnie Ann Bussiere-Bermeo's failure to file an amended complaint curing the deficiencies outlined in the Court's screening order (ECF No. 3.)

**IT IS FURTHER ORDERED** that the Clerk of the Court shall close this case.

**IT IS SO ORDERED**.

Dated:  September 21, 2022.

_____
ROBERT C. JONES
United States District Judge